JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEAL A. UKIRU, AN INDIVIDUAL,<br><br>        Plaintiff,<br><br>  v.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION; WELLS FARGO HOME MORTGAGE; CAL-WESTERN RECONVEYANCE CORPORATION, AND DOES 1 THROUGH 50 INCLUSIVE,<br><br>        Defendants. | Case No. EDCV 12-01667 VAP (SPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: April 1, 2013

                                          Hon. VIRGINIA A. PHILLIPS
                                          United States District Judge